IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **PARKER DUPONT,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 1:20-cv-05001-SDG-JKL |
| **MATTRESS FIRM, INC.,** | ) |
| **Defendant.** | ) |

## ORDER STAYING PROCEEDINGS PENDING ARBITRATION

THIS CAUSE comes before the Court upon the Parties' Consent Motion Stay Proceedings Pending Arbitration. Therein, the Parties have indicated their agreement to adjudicate this matter in an arbitral forum and agree the Court should stay further proceedings in this action pending the completion of arbitration. Accordingly, the Court, having reviewed the Motion, the parties being in agreement, it is hereby:

**ORDERED** and **ADJUDGED** that the Motion to Stay Proceedings Pending Arbitration [Doc. 9] is **GRANTED**.

The present action is stayed pending resolution of the arbitration proceedings. The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case. The parties may move to reopen the case at the conclusion of the arbitration proceedings should additional proceedings in this Court be necessary.

SO ORDERED, this 4th day of February, 2021.

_____
JOHN K. LARKINS III
UNITED STATES MAGISTRATE JUDGE